Of Counsel:
BRONSTER HOSHIBATA
A Law Corporation

MARGERY S. BRONSTER      #4750
REX FUJICHAKU            #7198
MARGUERITE S. NOZAKI     #8599
1003 Bishop Street, Suite 2300
Honolulu, Hawai`i 96813
Telephone:  (808) 524-5644
Facsimile:  (808) 599-1881
Email:  mbronster@bhhawaii.net
        rfujichaku@bhhawaii.net
        mnozaki@bhhawaii.net

OGAWA, LAU, NAKAMURA & JEW
Attorneys-at-law
A Law Corporation
ROY T. OGAWA            #1821
600 Ocean View Center
707 Richards Street
Honolulu, Hawai`i 96813
Telephone:  (808) 533-3999
Facsimile:  (808) 533-01444
Email:  rogawa@ollon.com

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ROBERT C. NIESLEY *(Pro hac vice)*
JEFFREY T. ROBBINS *(Pro hac vice)*
YANNA J. LI *(Pro hac vice)*
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone:  (949) 852-6700
Facsimile:  (949) 261-0771
Email:  jrobbins@wthf.com
        rniesley@wthf.com
        yli@wthf.com

Attorneys for Plaintiff
American Motorists Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>THE CLUB AT HOKULI`A, INC. a Hawaii nonprofit corporation; HOKULI`A COMMUNITY ASSOCIATION, INC., a Hawaii nonprofit corporation; and 1250 OCEANSIDE PARTNERS, a Hawaii limited partnership, TEXTRON FINANCIAL CORPORATION, a Delaware corporation; RED HILL 1250, INC., a Washington corporation; and OCD, LLC, a Hawaii limited liability company, <br><br>　　　　　　Defendants. | Civil No. CV 10-00199 SOM-KSC <br><br> PLAINTIFF AMERICAN MOTORISTS INSURANCE COMPANY'S EXPERT WITNESS DISCLOSURES; CERTIFICATE OF SERVICE <br><br><br><br><br><br><br><br> Trial:   November 15, 2011 <br> Judge:  Hon. Susan Oki Mollway |

**PLAINTIFF AMERICAN MOTORISTS INSURANCE COMPANY'S**
**EXPERT WITNESS DISCLOSURES**

　　In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure,

and the Rule 16 Scheduling Order dated September 27, 2010, Plaintiff American

Motorists Insurance Company ("AMICO") identifies the following expert

witnesses, and makes the following disclosures:

2

1. Thomas T. Ueno, CPA, 844 Queen Street, Honolulu, Hawaii 96813. A written report by Mr. Ueno has been served on the parties.

2. Glenn M. Nohara, Genba Hawaii, Inc., P.O. Box 17127, Honolulu, Hawaii 96817. A written report by Mr. Nohara has been served on the parties.

3. William G. Cheatham, Cheatham Consulting, LLC, 16848 South Highland Ridge Drive, Village of Loch Lloyd, Missouri, 64012. A written report by Mr. Cheatham has been served on the parties.

4. An Ordinance/Zoning/Land Use expert to be later identified.

In addition to the expert witnesses listed above, there are fact witnesses identified in AMICO's Initial Disclosures filed on April 18, 2011 who may also provide expert testimony in this matter.

AMICO reserves the right to call at trial any expert and/or rebuttal witnesses identified by any party in its Initial Disclosures, Pretrial Statement, Final Witness List and any amendments or supplemental thereto. AMICO also reserves the right to amend, modify, or supplement its Expert Witness Disclosures pending further discovery.

DATED: Honolulu, Hawai`i, May 16, 2011.

/s/ REX Y. FUJICHAKU
MARGERY S. BRONSTER
REX Y. FUJICHAKU
MARGUERITE S. NOZAKI
Attorneys for AMERICAN MOTORISTS INSURANCE COMPANY